WALID DANIEL, Appellant. [612 NYS2d 1022] —Case held, decision reserved and matter remitted to Onondaga County Court for further proceedings in accordance with the following Memorandum: The record does not establish whether the combined *Sandoval-Ventimiglia* hearing requested by defendant was held or whether defendant was present at such a hearing. Therefore, we reserve decision and remit the matter to Onondaga County Court for a reconstruction hearing to expand the record and to determine whether *Sandoval* and/or *Ventimiglia* hearings were conducted and, if so, whether defendant was present *(see, People v Michalek,* 82 NY2d 906; *People v Snell,* 203 AD2d 933 [decided herewith]; *People v Indivero,* 202 AD2d 989; *see also, People v Spotford,* 196 AD2d 179). (Appeal from Judgment of Onondaga County Court, Burke, J.—Murder, 2nd Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH B. PHILLIPS, Appellant. (Appeal No. 1.) [614 NYS2d 337] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Adams, J. —Criminal Sale Marihuana, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH B. PHILLIPS, Appellant. (Appeal No. 2.) [614 NYS2d 338] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Adams, J. —Burglary, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH B. PHILLIPS, Appellant. (Appeal No. 3.) [614 NYS2d 338] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Adams, J. —Burglary, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH B. PHILLIPS, Appellant. (Appeal No. 4.) [614 NYS2d 338] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Ap-